UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMIE R. TARIN, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00011-VC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: Docket No. 6 |

The Court has reviewed Judge Corley's Report and Recommendation and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is remanded to the Contra Costa County Superior Court. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 2, 2015

_____
VINCE CHHABRIA
United States District Judge